# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3585

_____

United States of America,                          *
                                                   *
       Appellee,                            *
                                                   *     Appeal from the United States
   v.                                           *     District Court for the
                                                   *     Northern District of Iowa
Christopher Robin Schmidt,                         *
                                                   *         [UNPUBLISHED]
       Appellant.                           *

_____

Submitted: June 3, 2004
Filed: July 6, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Christopher Robin Schmidt appeals from the final judgment entered in the District Court[1] for the Northern District of Iowa upon revocation of his supervised release. The district court sentenced Schmidt to 10 months imprisonment followed by supervised release through the date imposed in the original judgment, and ordered Schmidt's placement at a community corrections center (CCC) for 6 months as a condition of supervised release. For reversal Schmidt argues the district court did not

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

have the authority to order his placement in a CCC following his release from prison. For the reasons discussed below, we affirm the judgment of the district court.

We review the sentence for plain error because Schmidt raised no objection at sentencing. See United States v. Morey, 120 F.3d 142, 143 (8th Cir. 1997) (per curiam). We conclude that the district court properly exercised its discretion in ordering Schmidt's placement in a CCC as a condition of supervised release. See United States v. Griner, 358 F.3d 979, 981-82 (8th Cir. 2004). Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____